UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CLAUDIO NUÑEZ,

               Petitioner,

- against -

JAMES T. CONWAY, Superintendent,
Attica Correctional Facility,

               Respondent.
------------------------------------------------------------ X

**ORDER**

07 Civ. 7560 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        On December 27, 2007, petitioner requested appointed counsel pursuant to section 3006A of title 18 of the United States Code. On January 15, 2008, this Court granted petitioner's request for counsel and appointed attorney Louis V. Fasulo to represent petitioner. On February 6, 2008, this Court received another request from petitioner for counsel. Petitioner's request is denied as moot.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
               February 7, 2008

## - Appearances -

**Petitioner:**

Claudio Nuñez
#01-A-3050
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011-0149

**For Petitioner:**

Louis V. Fasulo, Esq.
Fasulo, Shalley & DiMaggio, LLP
225 Broadway, Suite 715
New York, New York 10007
(212) 566-6212