```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CLAUDIO NUÑEZ,                       :

              Petitioner,            :     ORDER
                                           07 Civ. 7560 (SAS)(MHD)
        -against-                    :

JAMES T. CONWAY, Superintendent,     :
Attica Correctional Facility,
                                     :
              Respondent.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** as follows:

1. The petition has been briefed and the time for supplemental submissions has passed.

2. Counsel was appointed in January 2008 and has not been heard from. If he intends to meet his obligations he is to make whatever application he deems appropriate by no later than **MONDAY, SEPTEMBER 15, 2008.**

DATED: New York, New York
       July 18, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:

Louis V. Fasulo, Esq.
Fasulo, Shalley & DiMaggio, LLP
225 Broadway, Suite 715
New York, NY 10007

Karen Swiger, Esq.
Assistant District Attorney, Bronx County
198 E. 161st Street
Bronx, NY 10451

Vincenzo S. Lippiello, Esq.
Assistant District Attorney, Bronx County
198 E. 161st Street
Bronx, NY 10451

Mr. Claudio Nuñez
#01-A-3050
Attica Correctional Facility
P.O. Box 149
Attica, NY 14011-0149