UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
CLAUDIO NUÑEZ,

        Petitioner,

  -against-

JAMES T. CONWAY, Superintendent
Attica Correctional Facility,:

        Resondent.
------------------------------X

Docket:07 Civ. 7560 (SAS)(MHD)

**ORDER**

Upon the *ex parte* application of CLAUDIO NUÑEZ, by and through his attorney Louis V. Fasulo, for an Order authorizing that Louis V. Fasulo, and/or an associate or paralegal of the firm of Fasulo, Shalley & DiMaggio, LLP, be permitted to visit CLAUDIO NUÑEZ and be reimbursed for reasonable travel expenses, pursuant to the Criminal Justice Act:

**IT IS HEREBY ORDERED, that:**

1. LOUIS V. FASULO, and/or an associate or paralegal of the firm of FASULO, SHALLEY & DiMAGGIO, LLP, be permitted to visit CLAUDIO NUÑEZ, at the Clinton Correctional Facility located on Cook Street, Dannemora, New York, and be reimbursed for reasonable travel expenses, pursuant to the Criminal Justice Act.

Dated:    New York, New York
           July 22, 2008

                                        SO ORDERED

                                        **HONORABLE MICHAEL H. DOLINGER**
                                        **UNITED STATES MAGISTRATE JUDGE**