UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
 :
CLAUDIO NUNEZ,
 :    **ORDER**
           Petitioner,
 :    07 Civ. 7560 (SAS) (MHD)
   -against-
 :
JAMES T. CONWAY, Superintendent,
Attica Correctional Facility,    :

           Respondent.    :
------------------------------------X
**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      I have reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Michael H. Dolinger, dated December 23, 2009 (Document # 22), which recommends that I deny the petition for writ of habeas corpus brought by pro se petitioner Claudio Nunez pursuant to 28 U.S.C. § 2254. Although petitioner was given the opportunity to file objections to the R&R, *see* R&R at 34, he has failed to do so. Based on my independent review, I hereby adopt the thorough and thoughtful R&R in full.

      In accordance with the R&R, the instant habeas petition is dismissed with prejudice. Because petitioner's failure to file objections precludes appellate review, this Court will not issue a certificate of appealability. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992)

("We have adopted the rule that failure to object timely to a report waives any further judicial review of the report."). The Clerk of the Court is directed to dismiss the instant petition and close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         January 20, 2010

## - Appearances -

**Petitioner (Pro Se):**

Claudio Nunez
# 01-A-3050
Sullivan Correctional Facility
P.O. Box 116
325 Riverside Drive
Fallsburg, NY 12733

**For Respondent:**

Vincenzo S. Lippiello
Assistant District Attorney,
 Bronx County
198 East 161st Street
Bronx, NY 10451
(718) 590-2000